# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JESSIE SUTTON, ON HIS OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

           **Plaintiffs,**

-vs-                              Case No. 6:12-cv-1254-Orl-28TBS

PREMIUM CAR WASH, JAGDISH
SINGH,

           **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members (Doc. No. 43) filed April 15, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 2, 2013 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members is **GRANTED in part** and **DENIED in part**. The Motion is

**DENIED** to the extent it seeks the Court's permission to post notice at Defendants' Altamonte Springs location, and is **GRANTED** in all other respects.

3. This case is **CONDITIONALLY CERTIFIED** as a collective action for the following class:

> Car wash line workers (which includes car detailers, car dryers, and all workers on the car wash line) who were paid on an hourly basis, plus tips, and who were employed by the above named Defendants in Altamonte Springs, Florida over the last three (3) years.

4. Within twenty-one (21) days from the date of this Order, Defendants shall deliver to Plaintiff's counsel the list containing the full names and last known addresses of putative class members who worked for Defendants during the last three years. Defendants shall file a Notice of Compliance that this list was delivered as ordered within ten (10) days from the date of delivery.

5. Plaintiff's counsel shall give notice ("Notice") to the individuals in the conditionally certified class within twenty-one (21) days of receiving the names and addresses from Defendants, with the following limitations:

   a. Plaintiff shall <u>not</u> give Notice to any person who currently has on file a consent to join in this action.

   b. The Notice and Consent to Join shall be in the form approved by the Court and attached to this Order, and shall both be mailed on the same day via first class U.S. Mail to all individuals disclosed by Defendants (other than those persons who currently are opt-in Plaintiffs in this action) at the sole cost and expense of Plaintiff, dated with the date of mailing, and shall allow each individual up to sixty (60) days from the

    date of mailing in which to return a Consent to Join form to Plaintiff's counsel.

  c. Plaintiff shall file a Notice of Compliance as to the Notice and Consent to Join within ten (10) days from the date of mailing, attaching a copy of the Notice, Consent to Join, and sample mailing envelope.

6. If the initial Notice mailed to any individual is returned as un-deliverable within the sixty (60) day time period allotted for response to the initial mailing, the parties shall promptly cooperate and exchange such additional information in their custody or control, or in the custody or control of their agents, as may reasonably be available to identify a better physical address or email address (with the Court's permission) for each such individual, pursuant to the following directions:

  a. Upon receipt of a better address, but not later than the end of the sixty (60) day time period allotted for response to the initial mailing, Plaintiff's counsel shall, at the sole cost and expense of Plaintiff, re-mail or email the Notice to each such individual one time.

  b. Each re-mailed Notice shall be in the form approved by the Court and attached to this order; shall be re-dated with the date of re-mailing or emailing; and shall give the individual forty-five (45) days from the date of re-mailing or emailing in which to return the Consent to Join form to Plaintiff's counsel.

  c. No re-mailing or emailing may be done after the expiration of the sixty (60) day time period allotted for response to the initial mailing.

7. Each Consent to Join returned to Plaintiff's counsel shall be deemed timely if post-marked or delivered to a commercial carrier who provides a receipt, within the allotted period.

8. Within ten (10) days after the allotted period has concluded, Plaintiff's counsel shall file with the Court a "Notice of Filing Consent to Join" that includes all of the Consent to Join forms timely received, and shall file an additional Notice of Filing Consent to Join to include any Consent to Join forms distributed in any re-mailing authorized in paragraph 6 above.

9. Individuals who timely opt into this action pursuant to the Court-supervised notice procedure shall be deemed parties for all purposes under the Federal Rules of Civil Procedure pending further Order of this Court, and may be represented at any settlement or mediation by the named Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party