UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSIE SUTTON,

    Plaintiff,

v.                            CASE NO:    6:12-CV-1254-ORL-28TBS

JAGDISH SINGH d/b/a SHINERS CAR WASH,
SK PROPERTY LLC, and JAGTAR SINGH,

    Defendants.
_____/

## REPORT OF SETTLEMENT BY MEDIATOR

    The undersigned Mediator, James G. Brown, Esquire, having conducted a mediation with the parties and their attorneys of record on October 16, 2013, hereby reports to the Court that the case has settled.

    This report is being filed on November 7, 2013 because the mediation adjourned on October 16, 2013 with the parties near agreement on a settlement. Robert Blanchfield, although not the attorney of record for the Defendants, was present at the mediation and negotiated on behalf of the Defendants. On November 5, 2013, the undersigned was notified by the Plaintiffs' attorney that the case had settled.

                                        s/James G. Brown
                                        James G. Brown
                                        Florida Bar No. 0126331
                                        FORD & HARRISON $^{LLP}$
                                        300 South Orange Avenue, Suite 1300
                                        Orlando, Florida 32801
                                        Telephone:  407/418-2300
                                        Facsimile:  407/418-2327
                                        jbrown@fordharrison.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 7th day of November, 2013.

s/James G. Brown
James G. Brown
Florida Bar No. 0126331
FORD & HARRISON LLP
300 South Orange Avenue, Suite 1300
Orlando, Florida 32801
Telephone:  407/418-2300
Facsimile:  407/418-2327
jbrown@fordharrison.com

Orlando:219990.1